UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARCHIE SANDERS, III,

    Plaintiff,

v.                                                 Case No.: 8:09-CV-2257-T-MAP

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

This cause is before the Court for consideration of Defendant's motion for entry of judgment with remand (doc. 31) pursuant to sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), which incorporates the § 405(g) review.[1] The Plaintiff does not object to the relief requested. Accordingly, for the reasons stated in the motion, it is

ORDERED:

1. Defendant's motion for entry of judgment with remand (doc. 31**)** is GRANTED. The case is REMANDED for further administrative proceedings.

2. The Clerk is directed to enter judgment for the Plaintiff and administratively close the case.

---

[1] The parties have consented to proceed before me pursuant to 28 U.S.C.§ 636 (c). *See* doc 8.

DONE AND ORDERED at Tampa, Florida on March 6, 2012.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record